JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chang Eiu Bong, <br><br> Plaintiff, <br><br> v. <br><br> Abba Trading Corp., et al, <br><br> Defendant(s). | CV 19-00199-JVS(SKx) <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: June 12, 2019

_____
James V. Selna
United States District Judge